PEOPLE, PLAINTIFF AND APPELLEE, *v.* CANALES, DEFENDANT AND APPELLANT.

APPEAL from the District Court of San Juan, Section 2, in a Prosecution for Aggravated Assault and Battery.

No. 955.—Decided May 15, 1916.

ASSAULT AND BATTERY—THROWING STONES—SLING—CRIMINAL INTENT.—Hurling stones at a person with a sling and causing him bodily injury constitutes the crime of assault and battery. The intent to cause injury is deduced from the act itself, for every person is presumed to know the natural and probable consequences of his acts.

The facts are stated in the opinion.

*Mr. Antonio Trujillo Guil* for the appellant.

*Mr. Salvador Mestre, fiscal,* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

One boy, defendant Claudio Canales, in sport directed a stone from a sling at another boy, and so injured the latter that he lost his vision. Claudio Canales was tried for assault and battery with aggravated circumstances, convicted and sentenced to two years' imprisonment, the maximum of the law. The only error assigned is that there was no malice

on the part of the defendant and that hence there could be no assault and battery, as the intention to hurt is a necessary element of that crime. But the intention may be deduced from the act itself, as a person is presumed to know the natural and probable consequences of his acts. For a similar act a defendant was convicted in *People* v. *Bianchi,* 18 P. R. R. 560. See also *People* v. *Astacio, ante* p. 783 (decided to day), and *People* v. *Blandford, ante* p. 580.

Moreover, a boy is malicious enough who takes a stone and directs it forcibly against another person. Such acts are not to be tolerated and the judgment of the District Court of San Juan must be

*Affirmed.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.